AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 31, 2026

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| Jenaya B. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Frank Bisignano, | ) |
| Commissioner of Social Security | ) |
| *Defendant* |  |

Civil Action No.   1:25-cv-03028-JAG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:  Plaintiff's Motion, ECF No. 13 is GRANTED.
Defendant's Motion, ECF No. 17 is DENIED.
The Commissioner's decision is REVERSED and the matter is REMANDED to the Commissioner for additional proceedings consistent with the Order Remanding for Further Proceedings.
Judgment is entered in favor of the Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   James A. Goeke _____

Date:   3/31/2026 _____

*CLERK OF COURT*

s/Sean F. McAvoy _____
*Signature of Clerk*